RECEIVED

OCT 0 5 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| TORRANCE V. BOYD, SR.<br>BOP # 11229-017 | : | CIVIL ACTION 2:14-cv-3123<br>SECTION P |
| VERSUS | : | JUDGE DONALD E. WALTER |
| C. MAIORANA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, [Doc. #7] and having conducted a *de novo* review the record, including the written objections filed, [Doc. #8], and concurring with the findings of the Magistrate Judge under the applicable law:

**IT IS ORDERED** that petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Doc. #1] is **DENIED and DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, this 5 day of Oct, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

1